```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 18-01231-RNO
John R Kaub, Jr.                                                         Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRatchfor             Page 1 of 2             Date Rcvd: Jun 06, 2018
                              Form ID: ntcnfhrg           Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
```
db             +John R Kaub, Jr.,    207 Gibbons Street,    Dunmore, PA 18512-2519
5040308        +Aes/bela-us Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
5051623         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5040309        +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
5040310        +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
5040313        +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
5040317        +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
5040318        +Citibank/Exxon Mobile,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 St. Lous, MO 63179-0040
5040319        +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
5040320        +Comenitycapital/boscov,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
5061227        +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
5040322        +Loandepo.co,    Po Box 77404,    Ewing, NJ 08628-6404
5049763        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
5040335        +Upstart Network Inc.,    2 Circle Star Way,    San Carlos, CA 94070-6200
5040336        +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
5040338        +WFFNB/Bobs Discount Furniture,    Po Box 10438,    Des Moines, IA 50306-0438
5040337        +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
5057815         Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,   IA    50306-0438
5059287         Wells Fargo Bank, N.A., Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA   50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5040311        +E-mail/Text: bkr@cardworks.com Jun 06 2018 19:32:14      Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
5040312        +E-mail/Text: bk.notifications@jpmchase.com Jun 06 2018 19:32:39      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,     Phoenix, AZ 85004-1071
5040320        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2018 19:32:32      Comenitycapital/boscov,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
5043509         E-mail/Text: mrdiscen@discover.com Jun 06 2018 19:32:20      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5040321        +E-mail/Text: mrdiscen@discover.com Jun 06 2018 19:32:20      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
5064950         E-mail/Text: bk.notifications@jpmchase.com Jun 06 2018 19:32:39      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
5068831         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2018 19:30:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5068833         E-mail/Text: bkr@cardworks.com Jun 06 2018 19:32:14      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5062810         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2018 19:30:33
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5042071        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2018 19:29:55
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5066102         E-mail/Text: bnc-quantum@quantum3group.com Jun 06 2018 19:32:40
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
5064224         E-mail/Text: bnc-quantum@quantum3group.com Jun 06 2018 19:32:40
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
5040323        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 06 2018 19:33:04      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
5053052        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 06 2018 19:33:04      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5040324        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:30:28      Syncb/care Credit Du,
                 Po Box 96060,    Orlando, FL 32896-0001
5040325        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:29:50      Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5040326        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:30:28      Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5040327        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:30:28      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5040328        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:29:51      Synchrony Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5040329        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:29:57      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5040330        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:30:10      Synchrony Bank/Mens Wearhouse,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5040331        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:30:33      Synchrony Bank/QVC,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5040332        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:30:09      Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5040333        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:29:51      Synchrony Bank/Sams Club,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5040334        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:29:55      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5040314*       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
5040315*       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
5040316*       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Sean Patrick Quinlan    on behalf of Debtor 1 John R Kaub, Jr. spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| :--- | :--- | :--- |
| John R Kaub Jr., | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18–bk–01231–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **July 10, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: July 17, 2018<br>Time: 09:30 AM |
| :--- | :--- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 6, 2018 |

ntcnfhrg (03/18)