In re:  Case No. 18-01231-MJC
John R Kaub, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Feb 13, 2023     Form ID: pdf010     Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | John R Kaub, Jr., 207 Gibbons Street, Dunmore, PA 18512-2519 |
| 5040322 | + | Loandepo.co, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5040308 | + | Email/Text: bncnotifications@pheaa.org | Feb 13 2023 18:38:00 | Aes/bela-us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 5051623 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2023 18:50:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5040309 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2023 18:50:36 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5040310 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2023 18:50:36 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 5069876 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2023 18:38:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5040311 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2023 18:50:34 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5040317 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2023 18:50:36 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5040318 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2023 18:50:36 | Citibank/Exxon Mobile, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Lous, MO 63179-0040 |
| 5040319 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2023 18:50:36 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5040320 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2023 18:38:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 5061227 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2023 18:50:36 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 5040336 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2023 18:50:31 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 5154044 | | Email/Text: bnc-quantum@quantum3group.com | Feb 13 2023 18:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5043509 | | Email/Text: mrdiscen@discover.com | Feb 13 2023 18:38:00 | Discover Bank, Discover Products Inc, PO Box |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 5040321 | + | Email/Text: mrdiscen@discover.com | Feb 13 2023 18:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5148826 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 13 2023 18:38:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5148827 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 13 2023 18:38:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5040312 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 13 2023 18:50:25 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 5040313 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 13 2023 18:50:39 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5064950 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 13 2023 18:50:25 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 5068831 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2023 18:50:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5068833 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2023 18:50:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5049763 | + | Email/Text: bncnotifications@pheaa.org | Feb 13 2023 18:38:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5062810 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2023 18:50:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5042071 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 13 2023 18:50:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5064224 | | Email/Text: bnc-quantum@quantum3group.com | Feb 13 2023 18:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5066102 | | Email/Text: bnc-quantum@quantum3group.com | Feb 13 2023 18:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5040323 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 13 2023 18:38:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5053052 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 13 2023 18:38:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5162398 | + | Email/Text: bncmail@w-legal.com | Feb 13 2023 18:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5162397 | + | Email/Text: bncmail@w-legal.com | Feb 13 2023 18:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5040324 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2023 18:50:33 | Syncb/care Credit Du, Po Box 96060, Orlando, FL 32896-0001 |
| 5040325 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2023 18:50:40 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5040326 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2023 18:50:33 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5040327 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2023 18:50:26 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5040328 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2023 18:50:34 | Synchrony Bank/American Eagle, Attn: |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5040329 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2023 18:50:33 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5040330 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2023 18:50:33 | Synchrony Bank/Mens Wearhouse, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5040331 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2023 18:50:26 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5040332 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2023 18:50:33 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5040333 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2023 18:50:33 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5040334 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2023 18:50:33 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5040335 | + | Email/Text: LCI@upstart.com | Feb 13 2023 18:38:00 | Upstart Network Inc., 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 5040338 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 13 2023 18:50:39 | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 5040337 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 13 2023 18:50:39 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 5057815 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 13 2023 18:50:39 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5059287 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 13 2023 18:50:34 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5040314 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5040315 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5040316 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2023         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Adam Bradley Hall
on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com

Brian Nicholas
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bnicholas@kmllawgroup.com

Brian C Nicholas
on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

Rebecca Ann Solarz
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bkgroup@kmllawgroup.com

Sean Patrick Quinlan
on behalf of Debtor 1 John R Kaub Jr. spqesq@gmail.com, spqesq@gmail.com,outsourcedparalegal@gmail.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOHN R KAUB, JR.

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 5-18-01231-MJC |

Debtor 1

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    vs.              Movant(s)

JOHN R KAUB, JR.

                  Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 43, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 12, 2023