Debtor 1    John R. Kaub Jr.

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   18-01231 MJC

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc.**

**Court claim no**. (if known): <u>4</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>1924</u>

**Date of payment change:**
Must be at least 21 days after date of this notice            <u>10/01/2021</u>

**New total payment:**                    **$390.56**
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: <u>*The mortgage insurance premium requirement</u> has been removed from this loan account.

   **Current escrow payment:** $ 176.35_____      **New escrow payment:** $ <u>135.79</u>_____

## Part   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%      **New interest rate:** _____%

   **Current principal and interest payment:** $_____ **New principal and interest payment:** $ _____

## Part   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

Case 5:18-bk-01231-MJC    Doc    Filed 08/10/21    Entered 08/10/21 14:57:10    Desc
Main Document    Page 1 of 3

(*Court approval may be required before the payment change can take effect.*)

Reason for change:_____

**Current mortgage payment:** _____    **New mortgage payment:** _____

Case 5:18-bk-01231-MJC    Doc    Filed 08/10/21    Entered 08/10/21 14:57:10    Desc
Main Document        Page 2 of 3

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Rebecca A. Solarz, Esq.                    Date 8/10/2021
**Print:** Signature

Title  <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C._____</u>

Address   <u>701        Market Street, Suite 5000_____</u>
          Number        Street
          Philadelphia,                    PA     19106

          City                           State    ZIP Code

Contact phone  (215) 627–1322            Email <u>bkgroup@kmllawgroup.com_____</u>

Case 5:18-bk-01231-MJC    Doc    Filed 08/10/21    Entered 08/10/21 14:57:10    Desc
Main Document      Page 3 of 3