IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John R. Kaub Jr.<br>　　　　　　　　　Debtor(s)<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc.**<br>　　　　　　　　　Movant<br>　　　　vs.<br><br>John R. Kaub Jr.<br>　　　　　　　　　Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>Trustee | BK NO. 18-01231 RNO<br><br>Chapter 13<br><br>Related to Claim No. 4 |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 10, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
John R. Kaub Jr.
207 Gibbons Street
Dunmore, PA 18512

<u>Attorney for Debtor(s)</u>
Sean P. Quinlan, Quinlan Law Office
2331 Market Street
Camp Hill, PA 17011

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>August 10, 2021</u>

　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　Phone: (215) 825-6327
　　　　　　　　　　　　　　　　　　　　Email: rsolarz@kmllawgroup.com